FILED

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA-
# ALEXANDRIA DIVISION

2019 JUN -b P 1:48

CLERK US DISTRICT COURT
ALEXANDRIA. VIRGINIA

SANJAY AGARWAL
11025 Georgetown Pike
Great Falls VA 22066                    Case No. 1:19CV721- AJT-MSN
                                                 )
PLAINTIFF                        )

v.                               )

                                 )          NOTICE OF REMOVAL OF STATE ACTION
                                 )
IRVING POCASANGRE, et al.,
13508 Little Brook Dr            )
Clifton VA 20124                 )
and Does 1 to 10, inclusive

                                 )
                                 )
                                 )
DEFENDANTS
_____

## NOTICE OF REMOVAL TO U.S. DISTRICT COURT

_____

        **To all parties and their counsel of record and the General District Court of

the County of Fairfax,  Commonwealth of Virginia,** please take notice that the court case

entitled as above - captioned, under  Case No.:__ GV19012659-00_____,  filed on May

20th ___, 2019 has been REMOVED TO THE UNITED STATES DISTRICT COURT -

Eastern District of Virginia-Alexandria  for further proceedings under USDC case no.__

_____as set forth, above.  Said Removal shall divest and disqualify the Virginia

General Disstrict Court from taking any further action in the underlying case for want of

jurisdiction under  28 U.S.C. 1331, et al and FRCP Rule 11.  A stay on these proceedings now

Notice of Removal of State Court Action    Argawal v.Pocasangre, et. al.

- 2

exists.

2. A formal determination of real property rights are in issue in this action and must be adjudicated as a condition precedent to a determination under the state case referenced. The potential for an inconsistent lawsuit exists. There is a soon to be filed federal case the core issue of which will be the egregious misconduct of a party **SANJAY AGARWAL** in this action and their retained attorney ALAN J. CILMAN., and other defendants who orchestrated the illegal taking of the real property belonging to defendant POCASANGRE IRVING via a corrupt foreclosure fraud scheme which included the failure to notify or serve defendant Pocasangre with any notices, warnings or legal actions required under the Va. Statutes governing foreclosure matters while he sold his home in foreclosure ,the use of a cohersive illegal lease agreement ,unjust enrichment, fraud  and the effect of this misconduct as causing Mr.Pocasangre and Mrs.Pocasangre to be deprived of their property in violation of the 5th and 14th Amendments to the U.S. Constitution without a scintilla of due process which has caused him extreme and outrageously inflicted distress, harm and injury and violated other federal statutes including the Fair Debt Collection Practices Act and Fair Credit Reporting Acts of which this court is eminently aware.

The issues in that action materially affect the case now Removed and hence should be consolidated with this matter in the interest if expeditious handling and to avoid conflicting outcomes in several different forums.  The removing party requests that the court take judicial notice of this Related Action for all purposes upon filing of that anticipated matter within a period of approximately three to four weeks.

Notice of Removal of State Court Action    Argawal v.Pocasangre, et. al.

- 3

3.  Within the civil complaint referenced in paragraph 2, above, material issues exist

<u>bear on the plaintiff's ability to assert rights within the Removed case</u>.  Plaintiff in this new

matter Mr.Pocasangre and Mrs.Pocasangre will asserted various claims and remedies based on

promises and contractual obligations between plaintiff and defendant which were alleged to

have been breached by Mr. Sanjay, to plaintiff's detriment and injury.  Defendant in this action,

Irving Pocasangre cannot litigate this new matter to it fullest if the underlying Removed matter,

which under the Virginia scheme of law does not fairly allow full litigation of title disputes and

issues including the "taking of property without due process of law" envisioned within the 5th

and 14th Amendments, attendant to such nor the further issues of provable prior and

subsequent title to real property, legal standing and contractual breaches which have harmed

plaintiff, which if proven would form the basis for a rescission and setting aside of the eviction

process visited upon plaintiff Pocasangre reversing the conveyance loss of his primary

residence, a single family home a unique asset for him and his mother Mrs. Pocasangre who

believed and fail in an scheme of an straw buyer who did not make any payment for a year in

the house nor put a single dime to the closing costs and now claims to be the owner just

because he transferred the title, this kind of behavior is a criminal act who should be put it and

exposed to the full extend of the law and has federal violations in question.

4.- A copy of this lawsuit will be also remitted for an investigation with the Department Of

Justice , Attorney General ,MARK HERRING , the Virginia Bar Association with their Chair

Counsel Mrs.Lisa Wilson for ethical misconduct and the Virginia Senate Judiciary Committee

to stop Foreclosure scams in the Hispanic and another minority communities.

Notice of Removal of State Court Action    Argawal v.Pocasangre, et. al.

1  If proved, the state court action by Mr.Sanjay and other defendants would be deemed moot by
2  operation of law for want of title.
3
4  Also a quiet tittle action will take in place immediately.
5
6  Thus, this honorable court has much to gain by processing both matters in due course of
7  litigation which would resolve the conflicts and injuries alleged under one federal roof.
8
9      4. **No parties will be prejudiced** by this delay in prosecuting the Removed matter.
10  Pursuant to procedural requirements the entire Removed action file contents are attached as
11  Exhibit 1 to this Notice with a Certificate of Service upon the State Court.
12
13  _____6/6____, 2019
14
15
16  Irving Pocasangre, *in pro se*
17
18
19
20
21
22
23
24
25
26
27
28

Notice of Removal of State Court Action    Argawal v.Pocasangre, et. al.

- 5

**CERTIFICATE OF SERVICE OF <u>NOTICE OF REMOVAL</u> ON STATE COURT AND COUNSEL**

On 6/6/19 , 2019, I jointly served the State Court from which this instant Removed action was taken and served a copy of this *Notice of Removal* and also upon the attorney for the plaintiff as follows:

Attorney for Plaintiff served by U.S. Mail:

*ALAN J CILMAN

10474 Armstrong st. Suite 202

Fairfax VA 22030

*

State Court served by Personal Service:

 Fairfax  County General District Court - Clerk of the Court
4110 Chain Bridge Rd
Fairfax, Virginia, 22030


I declare under penalty of perjury that the foregoing is true and correct. Executed on
_____6/6_____ 2019.




_____
Irving Pocasangre,
  Defendant *in pro se*

_____
By Defendant in pro se:
IRVING POCASANGRE, et al.,          )
13508 Little Brook Dr               )
Clifton VA 20124
<u>Tel:571-282-1618</u> email;

Notice of Removal of State Court Action    Argawal v.Pocasangre, et. al.

- 6

GENERAL DISTRICT COURT ONLINE CASE INFORMATION SYSTEM

6/6/2019

# Fairfax County General District Court

## Civil Case Details

Fairfax County General Dis

Name Search
Case Number Search
Hearing Date Search
Service/Process Search

Name Search
Case Number Search
Hearing Date Search
Service/Process Search

### Case Information

| Case Number : | GV19012659-00 | | Filed Date : | 05/14/2019 |
|---|---|---|---|---|
| Case Type : | Unlawful Detainer | | Debt Type : | |

### Plaintiff Information

| Name | DBA/TA | Address | Judgment | Attorney |
|---|---|---|---|---|
| AGARWAL, SANJAY | | | | CILMAN, A |

### Defendant Information

| Name | DBA/TA | Address | Judgment | Attorney |
|---|---|---|---|---|
| POCASANGRE, IRVING | | CLIFTON, VA 20124 | | |

### Hearing Information

| Date | Time | Result | Hearing Type | Courtroom |
|---|---|---|---|---|
| 06/07/2019 | 09:30 AM | | Civil Hearing | 2A |

### Service/Process

### Reports

### Judgment Information

| Judgment : | | Costs : | | Attorney Fees : | |
|---|---|---|---|---|---|
| Principal Amount : | | Other Amount : | | Interest Award : | |

6/6/2019

GENERAL DISTRICT COURT ONLINE CASE INFORMATION SYSTEM

| Possession : | Writ Issued Date : | Homestead Exemption Waived : |
| --- | --- | --- |
| Is Judgment Satisfied : | Date Satisfaction Filed : | Other Awarded : |
| Further Case Information : | | |

**Garnishment Information**

**Appeal Information**

| Appeal Date : | Appealed By : |
| --- | --- |

Back to Search Results

Build #: 6.0.0.5

Home | Virginia's Court System | Online Services | Case Status and Information | Court Administration | Directories | Forms | Judicial Branch Agencies | Programs

Irving Pocasangre
13508 Little Brook Drive
Clifton, Virginia 20124
5712821619

May 26, 2019

Sanjay Agarwal
11025 Georgetown Pike
Great Falls, Virginia 22066
5712534167

**RE:** Cease & Desist

Dear Sanjay Agarwal:

It has come to my attention that you have made an unauthorized filing of a unlawful detainer (Eviction Process and Notice )to the property that me and my mother currently live and own, as you promised to help me saving the house which was going into foreclosure , I have realized that I have become a victim of fraud with a "Bait and Switch Scam" also Fraud and Deceit.
You the scammer, convinced me,Irving Pocasangre and my mother Bessy Pocasangre, the homeowners,that, if she was signing the documents to "bring their mortgage current." you will be saving our house and giving the house back to us, in 6 months ,which In reality, my mother was signing documents to transfer ownership of our home to you, the scammer.
Let me advise you that this action is penalized under the Commonwealth Virginia Laws and furthermore under the Justice Department's Criminal Division, to avoid further prosecution and investigation you must cease and desist.
I kindly ask you to close your case pending at the Fairfax County General District Court by the number GV19012659-00, to avoid further investigations under the office of Attorney General, Mark Herring, under the office of Financial Fraud Enforcement Task Force and another regulatory authorities from state and local enforcement.
I have also asked the help of the Virginia Senate in my district and their candidate Jasmine Moawad Barrientos and they are very interested in my case since I am part of the protected class as Latin and LGTB.

I demand that you cease and desist from this activity as soon as possible and, in any event, within 5 days from your receipt of this letter. If action is not taken by you to cease and desist within the given time frame, I will have no choice but to take appropriate legal action against you.

Sincerely,

Irving Pocasangre

Enclosure:

Trespass Notice, Mortgage Payments.



**FEDERAL**
**Credit Union**

# Mortgage Statement

Statement Date 05/01/19

4/19 01:01
2

Posting Date: 05/14/19
Teller ID: 47627

king Wdr by Check
unt Number:        Seq: 0117
nt:                ******4995
al Number:         $2,529.18
lable Balance:     0446543684
                   $52.27

e Subject to Verification
k you for visiting Navy Federal

## Contact Information

| | |
|---|---|
| Phone: | 1-855-690-5900 |
| Customer Care: | Monday - Friday 8:00 a.m. - 10:00 p.m. ET |
| | Saturday 9:00 a.m. - 6:00 p.m. ET |
| Find us on the web at: | www.freedommortgage.com |

| | |
|---|---|
| Loan Number | 0102554821 |
| Payment Due Date | 06/01/19 |

## Amount Due** $2,529.18

If payment is received after 06/16/19, $68.68 late fee will be charged.

Property Address: 13508 LITTLE BROOK DR
CLIFTON VA 20124

## Account Information

| | |
|---|---|
| Outstanding Principal | $296,556.58 |
| Interest Rate | 5.500% |
| Prepayment Penalty | No. |
| Escrow Balance | $1,739.11 |
| Unapplied Funds | $0.00 |

## Explanation of Amount Due

| | |
|---|---|
| Principal | $357.89 |
| Interest | $1,359.22 |
| Escrow/Impound (for Taxes and/or Insurance) | $812.07 |
| **Regular Monthly Payment** | **$2,529.18** |
| Total Fees & Charges | $.00 |
| Overdue Payment | $.00 |
| Unpaid Late Charges | $.00 |
| Other/Optional Products | $.00 |
| **Total Amount Due**** | **$2,529.18** |

## Transaction Activity (04/09/19 - 05/01/19)

| Transaction Description | Date | Interest Paid To Date | Transaction Effective Date | Transaction Amount | Interest Paid | Principal Paid | Escrow Paid | Late Charges Paid | Fees Paid | Optional Insurance | Unapplied Funds |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Payment | 05/01/19 | 05/01/19 | 05/01/19 | $2,529.18 | $1,360.85 | $356.26 | $812.07 | $0.00 | $0.00 | $0.00 | $0.00 |

# ***TRESPASS NOTICE***

TO: Sanjay Agarwal
11025 Georgetown Pike
Great Falls, Virginia 22066

**YOU ARE HERBY NOTIFIED NOT TO TRESPASS UPON THE
PROPERTY KNOWN AS, OR LOCATED AT:**

13508 Little Brook drive
Clifton, Virginia 20124

**WHICH IS OCCUPIED BY OR, IN THE POSSESSION OF:**

Irving Pocasangre, Bessy Pocasangre

**YOU ARE FURTHER NOTIFIED THAT A VIOLATION OF THIS
NOTICE WILL SUBJECT YOU TO PUNISHMENT ACCORDING
TO VIRGINIA CODE 18.2-119**

**DATED THIS** 26th **DAY OF** May **20** 19

Bessy Faroop
Notary Public
My commission expires
02/20/20